Elizabeth Staggs-Wilson, Bar No. 183160
estaggs-wilson@littler.com
James Payer, Bar No. 292158
jpayer@littler.com
LITTLER MENDELSON P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

Jyoti Mittal, Bar No. 288084
jmittal@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, California  90067.3107
Telephone:   310.553.0308
Fax No.:      800.715.1330

Attorneys for Defendants
COMMUNITY BRANDS PARENTCO, LLC, EDUCATION BRANDS, LLC, AND MOBILECAUSE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HOOVER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY BRANDS PARENTCO, LLC, a Delaware limited liability company; COMMUNITY BRANDS LLC, a Delaware limited liability company; EDUCATION BRANDS, LLC, a Delaware limited liability company; MOBILECAUSE, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:23-cv-04178-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF PATRICIA HOOVER'S MOTION FOR CONDITIONAL CERTIFICATION UNDER 29 U.S.C. § 616(B)**<br><br><br>Complaint Filed: August 16, 2023<br>Trial Date: None Set |

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

TITLE 3:23-CV-04178-MMC

# ORDER

On February 2, 2024, at 9:00 a.m., Plaintiff Patricia Hoover's ("Plaintiff") Motion for Conditional Certification under 29 U.S.C. § 216(b) came on for hearing before this Court ("Motion"), the Honorable Maxine M. Chesney presiding. The Court having read and considered the papers submitted in support of and in opposition to the Motion, and based upon the papers and pleadings on file in this matter, as well as oral argument of the parties, and good cause appearing, the Motion is hereby GRANTED in part and DENIED in part, as follows:

(1) Plaintiff is authorized to send Court-approved Notice of this lawsuit only to:

    (a) Employees of MobileCause, Inc. that were classified by MobileCause, Inc. as non-exempt, who worked in California within three years of the date of the notice, incurred overtime pay, and were eligible for or received a bonus, commission, or benefit stipend; and

    (b) Employees of Education Brands, LLC that were classified by Education Brands, LLC as non-exempt, who worked in California beginning *the later of* three years before the date of notice or June 15, 2021, incurred overtime pay, and were eligible for or received a bonus, commission or benefit stipend (together (a) and (b) are the (the "FLSA Collective")).

(2) Plaintiff's request to send Court-approved Notice of this lawsuit to employees of MobileCause, Inc., and Education Brands, LLC outside of the state of California is **Denied**.

(3) Plaintiff's request to send the Court-approved Notice of this lawsuit to employees of Community Brands Parentco, LLC is **Denied**.

(4) Plaintiff's request to add GiveSmart U.S., Inc. as an employer whose employees are eligible to opt in is **Denied**.

(5) Plaintiff's request to toll the statute of limitations is **Denied.** The respective statute of limitations for each FLSA Collective member triggers from the opt in date of such person.

(6) Plaintiff's request that Notice be issued in the form submitted with the Motion and the requested protocol for the issuance thereof is **Denied**.

(7) The form and content of Plaintiff and Defendants' (the "Parties") joint proposed notice and consent form and reminder postcard, submitted on March 1, 2024, is **Approved**.

(8) Judicial notice ("Judicial Notice") is to be sent to all the members of the FLSA Collective by the Claims Administrator, Phoenix Settlement Administrators ("Claims Administrator"), via email and U.S. Mail.

(9) Plaintiff's request that the opt in date be 60 days after Judicial Notice is served is **Approved**. FLSA Collective Members must opt in within 60 days of service of Judicial Notice.

(10) Defendants Community Brands Parentco, LLC, Education Brands, LLC, and MobileCause, Inc, ("Defendants") will pay for all costs associated with the Claims Administrator administering the Judicial Notice.

(11) Defendants are to produce to the Claims Administrator, within seven (7) days of the date of this order, a list in Excel format, of the contact information for each FLSA Collective member, including (1) names, (2) last known address, (3) last known email address, and (4) dates of employment (collectively, the "Collective Info").

(12) The Claims Administrator shall mail and email the Judicial Notice to the FLSA Collective members within seven (7) days of receipt of the Collective Info, and shall mail the reminder postcard to the FLSA Collective thirty (30) days after the initial mailing.

**IT IS SO ORDERED.**

Dated: March 4, 2024

Maxine M. Chesney
United States District Judge