Jonathan M. Lebe (State Bar No. 284605)
Jon@lebelaw.com
Rayne A. Brown (State Bar No. 342011)
Rayne@lebelaw.com
**LEBE LAW, APLC**
3900 W Alameda Avenue, 15th Floor
Burbank, California 91505
Telephone: (213) 444-1973

Attorneys for Plaintiff Patricia Hoover,
individually and on behalf of all others similarly situated

*[Counsel for Defendant on Following Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HOOVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY BRANDS PARENTCO, LLC, a Delaware limited liability company; COMMUNITY BRANDS LLC, a Delaware limited liability company; EDUCATION BRANDS, LLC, a Delaware limited liability company; MOBILECAUSE, INC., a Delaware corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-04178-MMC<br>*Assigned to the Hon. Maxine M. Chesney*<br><br>**JOINT STATUS REPORT**<br><br><br><br>Action Filed: August 16, 2023<br>Trial Date: None Set |

Elizabeth Staggs-Wilson (State Bar No. 183160)
estaggs-wilson@littler.com
James Payer (State Bar No. 292158)
jpayer@littler.com
**LITTLER MENDELSON P.C.**
633 West 5th Street
63rd Floor
Los Angeles, California 90071
Telephone: (213) 443-4300
Facsimile: (800) 715-1330

Jyoti Mittal (State Bar No. 288084)
jmittal@littler.com
**LITTLER MENDELSON P.C.**
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Facsimile: 800.715.1330

Attorneys for Defendants Community Brands
Parentco, LLC, Community Brands LLC,
Education Brands, LLC, and MobileCause, Inc.

JOINT STATUS REPORT

Plaintiff Patricia Hoover, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendants COMMUNITY BRANDS PARENTCO, LLC, COMMUNITY BRANDS LLC, EDUCATION BRANDS, LLC, and MOBILECAUSE, INC. ("Defendants") (collectively, "Parties"), hereby submit this Joint Status Report, as ordered by the Court on December 9, 2025:

As previously advised, the Parties reached a class-wide settlement that includes all claims pending before this Court (the "Settlement Agreement") in the case of *Hoover, et al. v. Community Brands Parentco, LLC, et al.,* California Superior Court, Alameda County, Case No. 23CV040930 (the "State Action"). Plaintiff filed a Third Amended Complaint in the State Action adding all claims pending before this Court on January 6, 2026.  On April 7, 2026.  The State Action court granted the Preliminary Approval Motion, and issued the signed order giving approval on May 27, 2026.

Accordingly, per the terms of the Settlement Agreement, Plaintiff will take all necessary steps to obtain a complete and final dismissal of this Action.

Dated: June 4, 2026

**LEBE LAW, APLC**

By: */s/ Jonathan M. Lebe*
Jonathan M. Lebe
Rayne A. Brown
Attorneys for Plaintiff Patricia Hoover, individually and on behalf of all others similarly situated

3

JOINT STATUS REPORT

Dated: June 4, 2026                    **LITTLER MENDELSON P.C.**


By: */s/ Jyoti Mittal*

Elizabeth Staggs-Wilson
Jyoti Mittal
James Payer
Attorneys for Defendants, Community Brands Parentco, LLC, Education Brands, LLC, and Mobilecause, Inc.


## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I, Jonathan M. Lebe, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered of for inspection upon request.


Dated: June 4, 2026                    */s/ Jonathan M. Lebe*

Jonathan M. Lebe

JOINT STATUS REPORT